# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 8:08CR225 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| LEKENVISH S. ALFORD, | ) | |
| | ) | |
| Defendant. | ) | |

This case is before the court on the defendant Lekenvish Alford's Motion to Review Detention (#42). The motion is denied. The proposed plan of release does not alleviate the court's concerns as set out in the December 1, 2008 Detention Order (#33).

The defendant, given her age, has a significant criminal record, including a prior conviction for escape of a felon in 2007, as well as numerous warrants for failure to appear. The prior record of the defendant demonstrates by clear and convincing evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required.

**IT IS ORDERED** that the defendant's Motion to Review Detention (#42) is denied without hearing.

Dated this 9th day of January 2009.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge